# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1177

_____

In re: Doran Scott Wegner, also known    *
as Doran & Denise Wegner,    *
   *
       Debtor.    *
   *
   *
   *
_____    *

Kip M. Kaler, as Bankruptcy Trustee,    *    Appeal from the United States
   *    District Court for the District
       Appellee,    *    of North Dakota.
   *
      v.    *       [UNPUBLISHED]
   *
Elroy Letcher,    *
   *
       Appellant.    *

_____

Submitted: June 10, 1998
Filed: July 1, 1998

_____

Before BOWMAN, Chief Judge, BEAM, Circuit Judge, and GAITAN,[1] District Judge.

_____

PER CURIAM.

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri, sitting by designation.

Elroy Letcher appeals the decision of the district court affirming the order of the Bankruptcy Court of the District of North Dakota in this adversary bankruptcy proceeding.

The facts are set forth in detail in the memorandum and order of the bankruptcy court dated and filed on July 10, 1997. They need not be repeated here.

We are convinced that the well reasoned opinion of the bankruptcy court as affirmed by the district court correctly discusses and decides the issues in dispute in this case. Accordingly, no error of law or fact being evident, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.